**BROOKE M. BARNETT & ASSOCIATES, P.C.**
Attorney I.D. 046782011
60 Park Place, Suite 1000
Newark, New Jersey 07102
T: (973) 693-4444
F: (973) 693-4441
Attorneys for Plaintiff, Leonard Crosby

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEONARD CROSBY,<br><br>        Plaintiff,<br><br>vs.<br><br>DETECTIVE BOBBY GOINES, et als.<br><br>        Defendants. | CASE NO.: 2:15-cv-02472-JLL-JAD<br><br><u>CIVIL ACTION</u><br><br>**ORDER FOR THE RELEASE OF DESIGNATED PORTIONS OF THE ESSEX COUNTY PROESCUTOR'S FILE IN <u>STATE V. LEONARD CROSBY</u>, P#11004576, IND#12-03-0763** |

THIS MATTER having been opened to the Court by Jared J. Mazzei, Esq., attorney for Leonard Crosby, for the release of designated non-privileged portions of the Essex County Prosecutor's file in <u>State v. Leonard Crosby</u>, Ind. No. 12-03-0762, and good cause having been shown,

IT IS on this             day of            , 2016,

**ORDERED** that only the following portions of the Essex County Prosecutor's file in <u>State v. Leonard Crosby</u>, Ind. No. 12-03-0762-I, be released to counsel for Leonard Crosby upon receipt of the appropriate fee:

1. CD Gas Station Robbery June 20, 2011
2. CD Valero Station robbery June 21, 2011
3. CD Leonard Crosby Statement
4. CD 558 Chancellor Avenue, May 14, 2011

1

5. CD Gas Station 960 Chancellor Avenue, May 19, 2011
6. CD Crosby's House Photos
7. CD EXT CCTV
8. CD Delta Gas Station
9. CD Statement Victim 558 Chancellor Avenue
10. CD 741 Bloomfield Avenue, May 17, 2011

**IT IS FURTHER ORDERED** that counsel for Leonard Crosby pay for the release of the aforesaid records at the rate of $0.05 per page (8 ½ x 11), $0.07 per page (8 ½ x 14) and $2.00 for each CD/DVD, for a total of **$20.00**; and it is

**FURTHER ORDERED** that all documents produced pursuant to the Order shall be used only in conjunction with this lawsuit and that all parties and counsel are prohibited from disclosing any item released pursuant to this Order other than to individuals directly involved in this case.

A true copy of this Order shall be served on all counsel and/or parties of record and interested parties, by the movant, within _____ days of the date hereof.

_____
HON. JOSEPH A. DICKSON, U.S.M.J.

Consent to Form of Order
_/s/ Debra G. Simms_
DEBRA G. SIMMS
EXECUTIVE ASSISTANT PROSECUTOR
OFFICE OF THE ESSEX COUNTY PROSECUTOR